# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Jeaninne Criscitello**
    Plaintiff(s)
  vs.                          **CASE NUMBER: 3:19-cv-1176 (DEP)**

**Andrew Saul**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's motion for judgment on the pleadings is GRANTED; the Commissioner's determination that plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act is VACATED.

All of the above pursuant to the order of the Honorable David E. Peebles, dated the 18th day of December, 2020.

DATED: December 21, 2020

John Domurad
Clerk of Court

s/Kathy Rogers
Deputy Clerk